filed 5/23/12

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.

MARTIN JAN LEFF, a/k/a
"JOHN DOE",

    2:12-cr-39-FtM-99DNF

## IN CAMERA, SEALED ORDER

This matter comes before the Court on an *In Camera* Report and Recommendation (Doc. #S-11) filed on May 4, 2012. On May 10, 2012, the government filed its Waiver of Speedy Trial and Speedy Sentencing (S-12) and on May 14, 2012, defendant filed a Waiver of Speedy Trial and Speedy Sentencing (S-13). After full review of the file, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #S-11) is **ACCEPTED AND ADOPTED.**

2. Defendant's guilty plea is accepted and defendant is adjudicated guilty of Count One of the Information.

3. The Joint Motion to Continue Sentencing, Stay Presentence Investigation and Presentence Report is **GRANTED**. Preparation of the Presentence Report and all investigation leading to that end is **STAYED** until further order of the Court.

S-14

4. The United States shall file an *in camera* status report with the Court within 120 days of this Order, and file a supplemental *in camera* status report every 90 days thereafter until further order of the Court.

5. This Order shall be filed under seal until further order of the Court.

**DONE AND ORDERED** at Fort Myers, Florida, this ___ day of May, 2012.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record